# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950 1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3305

WRITER'S DIRECT FACSIMILE

(212) 373-2539

WRITER'S DIRECT E-MAIL ADDRESS

rrosen@paulweiss.com

UNIT 5201 FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020 CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING 12TH FLOOR
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100 0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON DC 20006 1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
JUSTIN ANDERSON
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W BROWN
SUSANNA M BUERGEL
JESSICA S CAREY
DAVID CARMONA
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
CHRISTOPHER D FREY
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B GOLDSTEIN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
BRIAN S GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE
JONATHAN S KANTER
BRAD S KARP

PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
KYLE J KIMPLER
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
LORETTA E LYNCH
JEFFREY D MARELL
MARCO V MASOTTI
DAVID W MAYO
ELIZABETH R MCCOLM
JEAN M MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
LINDSAY B PARKS
VALERIE E RADWANER
JEFFREY J RECHER
CARL L REISNER
LORIN L REISNER
JEANNIE S RHEE*
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P RUBIN
CHARLES F 'RICK' RULE*
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
BRIAN SCRIVANI
KANNON K SHANMUGAM*
DAVID R SICULAR
AUDRA J SOLOWAY
SCOTT M SONTAG
SARAH STASNY
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
CONRAD VAN LOGGERENBERG
LIZA M VELAZQUEZ
MICHAEL VOGEL
RAMY J WAHBEH
LAWRENCE G WEE
THEODORE V WELLS JR
LINDSEY L WIERSMA
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI JR

*NOT ADMITTED TO THE NEW YORK BAR

November 15, 2019

# MEMO ENDORSED

Hon. Edgardo Ramos
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

*Francisco* v. *Abengoa, S.A., et al*, No. 1:15-cv-06279 (ER)

Dear Judge Ramos:

  I am lead counsel for defendants HSBC Securities (USA) Inc., Canaccord Genuity LLC, Merrill Lynch International, Banco Santander and Société Générale (collectively, the "Underwriter Defendants") in this action. I write to request that the pre-motion conference concerning Defendants' proposed motions to dismiss Plaintiffs' claims (ECF No. 100), currently scheduled for 10:00 a.m. on December 3, 2019, be adjourned. The reason for my request is that I will be in Asia on a long-scheduled vacation from November 20 until December 15.

  I have canvassed counsel for all of the other parties, who have consented to my request for the adjournment, to identify dates on which all parties are currently available and can report that all parties would be available on January 9 or January 15, 2020, at the Court's convenience.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Honorable Edgardo Ramos <span style="float:right">2</span>

There have been no prior requests for an adjournment of the pre-motion conference.

Very truly yours,

*/s/ Richard A. Rosen*

Richard A. Rosen

---

The pre-motion conference scheduled for December 3, 2019 is adjourned to January 9, 2020 at 10:30 AM.

_____
Edgardo Ramos, U.S.D.J
Dated: November 18, 2019
New York, New York

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: November 18, 2019