UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL FRANCISCO, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>-against-<br><br>ABENGOA, S.A., SANTIAGO SEAGE, MANUEL SÁNCHEZ ORTEGA, BARBARA ZUBIRIA AND IGNACIO GARCÍA ALVEAR,<br><br>                           Defendants. | 15 Civ. 6279 (ER) |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law of Defendant Manuel Sánchez Ortega in support of his motion to dismiss the claims against him in plaintiffs' Second Amended Class Action Complaint, and all prior papers and proceedings herein, Mr. Sánchez Ortega will move this Court, before the Honorable Edgardo Ramos, United States District Judge, United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 619, New York, New York 10007, on a date and at a time to be set by the Court, for an Order dismissing the claims against Mr. Sánchez Ortega in plaintiffs' Second Amended Class Action Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
February 28, 2020

                                Respectfully submitted,

                                WEIL, GOTSHAL & MANGES LLP

                                By: /s/ Joseph S. Allerhand
                                    Joseph S. Allerhand
                                    Stephen A. Radin
                                    Ben Marcu
                                767 Fifth Avenue
                                New York, NY 10153
                                (212) 310-8000
                                (212) 310-8007
                                joseph.allerhand@weil.com
                                stephen.radin@weil.com
                                ben.marcu@weil.com

                                Attorneys for Defendant
                                Manuel Sánchez Ortega