UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL FRANCISCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABENGOA, S.A., SANTIAGO SEAGE, MANUEL SANCHEZ ORTEGA, BARBARA ZUBIRIA and IGNACIO GARCIA ALVEAR,<br><br>Defendants. | Case No. 1:15-cv-06279 (ER)<br><br>**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the Declaration of Jeffrey D. Rotenberg, dated February 28, 2020, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint, defendant Abengoa, S.A. ("Abengoa"), by its attorneys, DLA Piper LLP (US), will move before the Honorable Edgardo Ramos, United States District Judge of the United States District Court, Southern District of New York, at 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint with prejudice and for such other and further relief as the Court deems necessary and proper.  The grounds upon which Abengoa seeks relief are set forth in detail in the accompanying Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint.

Dated:  New York, New York
        February 28, 2020

**DLA PIPER LLP (US)**

By: */s/ Jeffrey D. Rotenberg*
Richard F. Hans
Jeffrey D. Rotenberg

Marc A. Silverman
Caroline A. Fish
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500 (Phone)
(212) 335-4501 (Fax)
richard.hans@dlapiper.com
jeffrey.rotenberg@dlapiper.com
marc.silverman@dlapiper.com
caroline.fish@dlapiper.com

*Attorneys for Defendant Abengoa, S.A.*