UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL FRANCISCO, *et al.*,

                Plaintiff,

– *against* –

ABENGOA, S.A. *et al.*,

                Defendants.

**ORDER**

15 Civ. 6279 (ER)

RAMOS, D.J.:

    To participate in today's telephone conference, the parties are directed to call the Court at (877) 411-9748; access code: 3029857.

    It is SO ORDERED.

Dated:   May 19, 2020
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.