UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL FRANCISCO, *individually and on behalf of all others similarly situated*,

                Plaintiff,        15 **CIVIL** 6279 (ER)

-against-                **JUDGMENT**

ABENGOA, S.A., MANUEL SANCHEZ ORTEGA, CHRISTOPHER HANSMEYER, HSBC SECURITIES (USA) INC., CANACCORD GENUITY INC., MERRILL LYNCH INTERNATIONAL, *and* SOCIÉTÉ GÉNÉRALE,

                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 30, 2022, the defendants' motions to dismissed are GRANTED; accordingly, the case is closed.

**DATED:** New York, New York

       August 31, 2022

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
              **BY:**

                                            **Deputy Clerk**