UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL FRANCISCO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>ABENGOA, S.A., et al.,<br><br>      Defendants. | Civil Action No. 1:15-cv-06279-ER-SLC<br>**(Consolidated)**<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

4894-6836-5108.v1

Notice is hereby given that Lead Plaintiffs Jesse and Arlette Sherman and Plaintiff PAMCAH-UA Local 675 Pension Fund, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from: (1) the final Judgment entered in this action on August 31, 2022 (ECF 196); (2) the Opinion & Order filed on August 30, 2022 (ECF 195), which granted Defendants' motions to dismiss Plaintiffs' Third Amended Complaint; (3) and all prior rulings related to or merged therein, including but not limited to the Amended Opinion & Order granting defendants' motions to dismiss the Second Amended Complaint on August 21, 2020 (ECF 139) and the Opinion & Order granting in part and denying in part plaintiffs' motion for leave to file a third amended complaint on September 10, 2021.  (ECF 164)

DATED:  September 29, 2022               LEVI & KORSINSKY, LLP
                                         NICHOLAS I. PORRITT
                                         ADAM M. APTON


                                                *s/ Adam M. Apton*

                                         55 Broadway, 10th Floor
                                         New York, NY  10006
                                         Telephone:  212/363-7500
                                         212/363-7171 (fax)
                                         nporritt@zlk.com
                                         aapton@zlk.com

                                         *Attorneys for Lead Plaintiffs Jesse and Arlette*
                                         *Sherman and Lead Counsel for the Class*

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
ROBERT D. GERSON
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrotherman@rgrdlaw.com
eboardman@rgrdlaw.com
rgerson@rgrdlaw.com

*Counsel for Plaintiff PAMCAH-UA Local 675*
*Pension Fund and Additional Counsel for Class*

- 2 -

4894-6836-5108.v1