UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSE SHERMAN, ARLETTE SHERMAN,

                      Lead Plaintiffs,

MICHAEL FRANCISCO, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

DANIEL LAMOUREAUX, *individually and on behalf of all others similarly situated*,

                      Consolidated Plaintiff,

PAMCAH-UA LOCAL 675 PENSION FUND, *and* IAN BOTHWELL,

                      Movants,

                     – *against* –

ABENGOA, S.A., SANTIAGO SEAGE, MANUEL SANCHEZ ORTEGA, BARBARA ZUBIRIA, IGNACIO GARCIA ALVEAR, ALICIA VELARDE VALIENTE, BANCO SANTANDER S.A., CANACCORD GENUITY INC., CARLOS SUNDHEIM LOSADA, CHRISTOPHER HANSMEYER, CLAUDI SANTIAGO PONSA, ENRIQUE BORRAJO LOVERA, FELIPE BENJUMEA LLORENTE, FERNANDO SOLIS MARTINEZ-CAMPOS, HSBC SECURITIES (USA) INC., IGNACIO SOLIS GUARDIOLA, JAVIER BENJUMEA LLORENTE, JESUS GARCIA-QUILEZ GOMEZ, JOSE B. TERCEIRO, JOSE BORRELL FONTELLES, JOSE JOAQUIN ABAURRE LLORENTE, JOSE LUIS AYA ABAURRE, MARIA TERESA BENJUMEA LLORENTE, MERCEDES GRACIA DIEZ,

**<u>ORDER</u>**

15 Civ. 6279 (ER)

| |
|---|
| MERRILL LYNCH INTERNATIONAL, RICARDO MARTINEZ RICO, *and* SOCIÉTÉ GÉNÉRALE,<br>                    Defendants. |

RAMOS, D.J.:

    This Court granted Defendants' motion to dismiss the third amended complaint on August 30, 2022. Doc. 195. That order was appealed to the Second Circuit on September 29, 2022. Doc. 197. On October 6, 2025, a true copy of the Second Circuit's decision was filed, affirming in part, reversing in part, and vacating in part the August 30, 2022 dismissal. Doc. 198. The mandate was issued on October 29, 2025, Doc. 199, and on the same day, this case was reopened.

    The parties are directed to appear for a conference on November 12, 2025 at 11:30 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated:   October 30, 2025
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.